Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900

Attorneys for Defendants, CITY OF FRESNO, OFFICER MANUEL ROMERO, OFFICER REY MEDELES, and OFFICER GUSTAVO GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHI THANH NGO,<br><br>           Plaintiff,<br><br>     v.<br><br>FRESNO POLICE OFFICER MANUEL ROMERO FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; THE CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>           Defendants. | Case No. 1:24-cv-00472-KES-BAM<br>District Judge Kirk E. Sherriff<br>Magistrate Judge Barbara A. McAuliffe<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED ORDER]**<br><br>Complaint Filed: April 21, 2024 |

**TO ALL PARTIES AND THE COURT:**

Notice is hereby given that pursuant to Local Rule 182(g), subject to approval by the Court, James Weakley of Weakley & Arendt is substituting in as counsel of record for Defendant REY MEDELES in place of Mildred K. O'Linn, Lynn L. Carpenter, and Maya Sorensen of Manning Kass. The contact information for new counsel is as follows:

///

1

REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

James Weakley, Esq, SBN 82853
E-Mail: Jim@walaw-fresno.com
Weakley & Arendt
5200 N. Palm Avenue, Suite 211
Fresno, CA 93704
Tel: (559) 221-5256
Fax: (559) 221-5262

**The following consent to the above substitution:**

DATED:  July 15, 2024            MANNING KASS

                                 By:      /s/ Mildared K. O'Linn
                                         Mildred O'Linn
                                         Attorneys for Defendants,
                                         REY MEDELES


DATED:  July 15, 2024            WEAKLEY & ARENDT

                                 By:      */s/ James Weakley*
                                         James Weakley
                                         Attorneys for Defendants, REY
                                         MEDELES

**Parties Represented by Withdrawing Counsel**

I consent to the withdrawal of counsel and substitution of counsel as specified above.

DATED: July 15, 2024             By:      /s/ Rey Medeles
                                         REY MEDELES

///

///

///

///

**FEDERAL COURT PROOF OF SERVICE**
Ngo v. Fresno Police Officer Rey Medeles, et al.
USDC/Eastern District Case No. 1:24-cv-00472-KES-BAM

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 801 S. Figueroa St., 15th Floor, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June ___, 2024, I served the following document(s):  REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL FOR DEFENDANT REY MEDELES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Kevin G. Little, SBN 149818            Attorney for Plaintiff
LAW OFFICE OF KEVIN G. LITTLE
P.O. Box 8656
Fresno, California 93747
Tel:  559-342-5800
Fax: 559-242-2400
Email:  kevin@kevinglittle.com

James Weakley, Esq, SBN 82853
Weakley & Arendt
5200 N. Palm Avenue, Suite 211
Fresno, CA 93704
Tel: (559) 221-5256
Fax: (559) 221-5262
E-Mail: Jim@walaw-fresno.com

The documents were served by the following means:

☒   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July ___, 2024, at Los Angeles, California.

                                        _____/s/_____

---

1
REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

# ORDER

On July 15, 2024, Defendant Ray Medeles filed a Proposed Substitution of Attorney, attempting to substitute counsel James Weakley of Weakley & Arendt as counsel of record in place of counsel Mildred K. O'Linn, Lynn L. Carpenter, and Maya Sorensen of Manning & Kass Ellrod Ramirez Trester LLP. (Doc. 12.) The proposed order was only signed by Defendant Medeles, counsel James Weakley, and counsel Mildred K. O'Linn, and did not include the signatures of counsel Lynn L. Carpenter and Maya Sorensen who are listed as withdrawing on the Proposed Order. (*Id.*) Nevertheless, the Court will construe the Proposed Substitution of Attorney as withdrawing counsel Mildred K. O'Linn, Lynn L. Carpenter, and Maya Sorensen of Manning & Kass Ellrod Ramirez Trester LLP. Accordingly, the Proposed Substitution of Attorney is GRANTED.

IT IS SO ORDERED.

Dated: **July 29, 2024**           /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE