UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI THANH NGO, | Case No. 1:24-cv-00472-KES-BAM |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING TRIAL AND TRIAL RELATED DATES |
| v. | |
| MANUEL ROMERO, et al., | |
| Defendants. | (Doc. 24) |

On June 30, 2025, the parties filed a stipulation and joint request to modify the Scheduling Conference Order in this case. (Doc. 24.). The parties explain that, due to the trial schedules of various counsel in this matter, they are unable to effectively schedule the depositions of the named individual parties prior to the non-expert discovery deadline of August 1, 2025. The parties also agree that mediation and/or a settlement conference would be beneficial in this matter, but only after completion of the depositions of the named individual parties. The parties therefore request modification of all remaining pretrial and trial deadlines. (*Id.*) For the reasons set forth below, the joint request will be granted in part and denied in part.

The parties are reminded that the Scheduling Conference Order dates were selected in coordination with all counsel's schedules and commitments. Ongoing scheduling conflicts with other cases is not a basis for continuance of the Scheduling Order, and counsel must have considered such commitments when selecting dates in this matter. This case was scheduled on

1

1  August 2, 2024, and the parties do not provide any information that conflicting cases predated this
2  Court's Scheduling Conference Order.  Further, settlement discussions are not good cause for a
3  continuance.  District Judge Sherriff does not permit continuance of trial dates mutually selected
4  with the Court.  Nonetheless, the Court sees a brief continuance of pretrial matters may
5  marginally be warranted.  Accordingly, the Scheduling Conference Order will be modified, such
6  that the non-expert discovery deadline will be continued solely for the purpose of completing
7  depositions of the named individual parties.  The remaining pretrial deadlines will be modified
8  accordingly, except for the trial date, which will remain as scheduled for September 22, 2026.
9       Based on the foregoing, the Scheduling Conference Order is HEREBY MODIFIED as
10 follows:

|  | **CURRENT DEADLINE** | **CONTINUED DEADLINE** |
|---|---|---|
| Non-Expert Discovery Cutoff (as to the depositions of the named individual parties ONLY) | August 1, 2025 | November 3, 2025 |
| Expert Disclosure | August 22, 2025 | November 17, 2025 |
| Supplemental Expert Disclosure | September 19, 2025 | December 15, 2025 |
| Expert Discovery Cutoff | October 31, 2025 | January 26, 2026 |
| Pretrial Motion Filing Deadline | January 23, 2026 | February 13, 2026 |
| Pretrial Conference | June 22, 2026 | July 13, 2026, at 1:30 p.m. in Courtroom 6 (KES) |
| Trial | September 22, 2026 | September 22, 2026, at 9:00 AM in Courtroom 6 (KES) |

IT IS SO ORDERED.

Dated:  **July 7, 2025**                   /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

2