UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI THANH NGO,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO POLICE OFFICER MANUEL ROMERO FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; THE CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>    Defendants. | Case No. 1:24-cv-00472-KES-BAM<br>District Judge Kirk E. Sherriff<br>Magistrate Judge Barbara A. McAuliffe<br><br>[PROPOSED] ORDER RE CONTINUING DISCOVERY CUTOFF DATES |

    Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules. After consideration of relevant pleadings, papers, and records in this action; and upon such

other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that the scheduling order is modified as follows:

1. The Non-Expert Discovery Deadline currently set for November 3, 2025, is continued to December 15, 2025, ONLY as to the depositions of the named individual parties.

2. The Expert Disclosures Deadline currently set for November 17, 2025, is continued to December 29, 2025.

3. The Supplemental Expert Disclosures Deadline currently set for December 29, 2025, is continued to January 12, 2026.

4. The Expert Discovery Deadline currently set for January 26, 2026, is continued to February 2, 2026.

The Court accepts the dates proposed by the parties, but notes that the parties selected expert disclosure during the holiday season. Hardship resulting from the parties' agreement is not good cause to alter the agreed upon dates.

IT IS SO ORDERED.

Dated:   **October 14, 2025**           /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE