UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHI THANH NGO, | Case No. 1:24-CV-00472-KES-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION TO STAY DISCOVERY AND AMEND PRIOR STIPULATIONS |
| v. | |
| FRESNO POLICE OFFICER MANUEL ROMERO; FRESNO POLICE OFFICER REY MENDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO, | (ECF No. 40) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, as follows:

GOOD CAUSE STATEMENT

1. The Parties previously stipulated to stay discovery as to certain defendants pending the conclusion of the criminal case against defendant Medeles, People of the State of California v. Rey Ariel Medeles, Fresno County Superior Court Case No. F25907039. See Dkt. 32 (Ngo); Dkt. 56 (Rodriguez); Dkt. 28 (Vela). The effect of these stipulations was to stay any remaining discovery related to defendants Medeles, Gutierrez, or Romero in each case where they are named.

2. The Parties have attempted to move forward with discovery in good faith, including by conducting written discovery and taking numerous depositions.

3. However, the discovery plan contemplated by the prior stipulations has proven unworkable. Defendants Medeles, Gutierrez, and Romero had instrumental involvement in the cases where they are named, because they were the lead investigators.

4. Trying to complete the current discovery schedule or otherwise progress further with these cases at this time is therefore infeasible. The only workable solution is to impose a complete stay of all remaining discovery and subsequent case deadlines until the reasons for the stay are eliminated, after which new deadlines will be set.

5. Currently, the criminal proceeding against defendant Medeles is in its relatively early stages; no preliminary hearing has been held, and no trial date is set. Under California law, the right against self-incrimination endures until a conviction is final, including direct appeal. The criminal case against defendant Medeles could therefore remain a basis for an ongoing stay for a lengthy period.

6. To ensure the herein requested stay does not continue indefinitely, counsel for Medeles, Gutierrez, and Romero shall advise all parties in writing within 15 days once the reasons for the stay have been eliminated (including finality of any judgment against Medeles). It will thereafter be the joint responsibility of the parties to advise the court that further proceedings can commence, propose a case schedule, and/or request the setting of a scheduling conference.

7. This stipulation amends and supersedes the prior stipulations to the extent they are inconsistent.

STIPULATION

In light of the foregoing, and good cause appearing, the Parties respectfully request that the Court order as follows:

1. **Complete Stay**. All non-expert discovery, expert discovery, and related pretrial deadlines are stayed in their entirety pending the conclusion of the criminal matter People v. Rey Ariel Medeles (including any appeal) and/or resolution of any other investigations

materially impacting discovery from Gutierrez or Romero. No discovery cutoff shall apply until the stay is lifted.

2. **Duty to Notify**. Counsel for Medeles, Gutierrez, and Romero shall notify all parties in writing within 15 days of the date the reasons for the stay have been eliminated.

3. **New Deadlines**. Within 30 days of such notice, the Parties shall meet and confer and file a Joint Status Report proposing a new scheduling order including new non-expert, expert, and pretrial deadlines. Fact discovery shall be limited to deposing defendants Medeles, Gutierrez, and Romero and propounding written discovery related to the defendant officers. If the parties cannot agree to a new proposed case schedule, they shall within that same time period request a Scheduling Conference.

4. **Prior Stipulations Amended**. Dkt. 32 (Ngo), Dkt. 56 (Rodriguez), and Dkt. 28 (Vela) are amended and superseded to the extent inconsistent herewith.

Dated: June 9, 2026                           LAW OFFICE OF KEVIN G. LITTLE


                                                      _/s/ Kevin G. Little_
                                              Kevin G. Little
                                              Attorneys for Plaintiff Chi Thanh Ngo

Dated: June 9, 2026                           WEAKLEY & ARENDT


                                                      _/s/ Brande L. Gustafson_
                                              Brande L. Gustafson
                                              Attorneys for Defendant Fresno Police
                                              Officer Rey Medeles

Dated: June 9, 2026                           MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP


                                                      _/s/ Maya R. Sorensen_
                                               Maya R. Sorensen
                                              Attorneys for Defendants City of Fresno,
                                              Fresno Police Officer Manuel Romero, and
                                              Fresno Police Officer Gustavo Gutierrez

ORDER

GOOD CAUSE APPEARING, and the Parties having so stipulated, the court hereby MODIFIES the scheduling orders in the above-captioned cases as follows:

1.    Complete Stay. All discovery and related pretrial deadlines are stayed in their entirety pending the conclusion of People v. Rey Ariel Medeles (including any appeal) and/or resolution of any other investigations materially impacting discovery from Gutierrez or Romero. No discovery cutoff shall apply until the stay is lifted.

2.    Duty to Notify. Counsel for Medeles, Gutierrez, and Romero shall notify all parties in writing within fifteen (15) days of the date the reasons for the stay have been eliminated (including finality of any judgment against Medeles).

3.    New Deadlines. Within thirty (30) days of such notice, the Parties shall file a Joint Status Report proposing a new scheduling order or request a Scheduling Conference.

4.    Prior Stipulations Amended. ECF No. 32 (Ngo), ECF No. 56 (Rodriguez), and ECF No. 28 (Vela) are hereby amended and superseded to the extent inconsistent with this Order.

IT IS SO ORDERED.

Dated:    **June 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE